**Order entered November 12, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00704-CR

### JEROME JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F01-53637-JH

## ORDER

Before the Court is appellant's November 8, 2021 "Motion for and Order for Production of the [sic] of Expert Testimony from the March 24, 2003 Trial Proceedings." In the motion, appellant seeks reports, records, documents, and other items not located in the appellate record.

We **DENY** the motion. *See Delgado v. State*, No. 05-19-00821-CR, 2021 WL 4901565, at *9 (Tex. App.—Dallas Oct. 21, 2021, no pet h.) ("The standard we must apply deals only with 'the record evidence adduced at the trial.' This

includes evidence both properly and improperly admitted, but it cannot include evidence not admitted.") (internal citations omitted) (citing *Flores v. State*, 620 S.W.3d 154, 162 (Tex. Crim. App. 2021) (Keller, P.J., dissenting) (cautioning reviewing courts not to focus on evidence that was not admitted at trial, not to engage in "divide and conquer" analysis, or not to act as thirteenth juror.)).

.

/s/     ERIN A. NOWELL
       JUSTICE